**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/17/2022

IN RE:

JASON M. WALTON
612 DAHLIA DR
MONROEVILLE, PA  15146
XXX-XX-2546        Debtor(s)

Case No.17-23336 CMB

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/17/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LEVIN FURNITURE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2115 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 301.89<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0187 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 3   INT %: 3.50%<br>Court Claim Number: 11-3<br>CLAIM: 3,610.90<br>COMMENT: RS/DOE*SURR/PL*CL=28937.09*CO-BUYER*AMD CL =$0*W/32 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9909 |
| **COMMUNITY LOAN SERVICING LLC SVCNG AGN**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL  33146 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 15-2<br>CLAIM: 0.00<br>COMMENT: CL15-2 GOV W PMT CHNGS*PMT/DECL*DKT4PMT-LMT*BGN 9/17*AMD*FR LAKEVIE | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7958 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number: 5   INT %: 3.50%<br>Court Claim Number: 1-2<br>CLAIM: 2,699.51<br>COMMENT: STIP OE*SURR/AMDPL*CL=16751.58*AMD CL =$0*W/34 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4209 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 4,092.43<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0110 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~ORTHOPEDIC SPORTS PT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: WF8O |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CCP EXPRESS CARE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: RE53 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: X3541/SCH*SYNCHRONY*LEVIN*CL $2,704.02 W/DRWN*DOC 108 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2115 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: X3946~DISPUTED~NTC ONLY/SCH*SYNCHRONY*SAMS*CL 402.19 W/D DOC 109 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5613 |

Case 17-23336-CMB   Doc 148   Filed 03/17/22   Entered 03/17/22 09:15:38   Desc

| Creditor / Address | Trustee Claim # | Court Claim # | Claim | Account No. | Comment | Cred Desc |
|---|---|---|---|---|---|---|
| ECMC(*)<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | 11 | 2 | 71,264.47 | 2546 | X1224/SCH*FR NAVIENT/PHEAA-DOC 38 | UNSECURED CREDITOR |
| NAVIENT PC TRUST<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | 12 | 8 | 11,118.44 | 2546 | X0335/SCH | UNSECURED CREDITOR |
| NAVIENT PC TRUST<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | 13 | 6 | 5,852.94 | 2546 | X0319/SCH | UNSECURED CREDITOR |
| NAVIENT PC TRUST<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | 14 | 7 | 5,743.63 | 2546 | X0327/SCH | UNSECURED CREDITOR |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | 15 | 13 | 2,827.21 | 4419 | GEMB*GECRB*WALMART | UNSECURED CREDITOR |
| TEK COLLECT<br>POB 1269<br>COLUMBUS, OH 43216 | 16 | | 0.00 | 6478 | CCAC/SCH | UNSECURED CREDITOR |
| TEMPLE UNIVERSITY<br>1801 N BROAD ST<br>PHILADELPHIA, PA 19122 | 17 | | 0.00 | 4601 | | UNSECURED CREDITOR |
| HAYT HAYT & LANDAU LLC<br>123 S BROAD ST STE 1325<br>PHILADELPHIA, PA 19109 | 18 | | 0.00 | | NT ADR/SCH | SPECIAL NOTICE ONLY |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2011<br>WARREN, MI 48090 | 19 | | 0.00 | | NT ADR/SCH | SPECIAL NOTICE ONLY |
| CHRISTINA OGLESBY-WALTON<br>612 DAHLIA DR<br>MONROEVILLE, PA 15146 | 20 | | 0.00 | | /SCH H | NOTICE ONLY |

All trustee claims listed show INT %: 0.00%.

| Creditor | Claim Info | Description |
|---|---|---|
| **DAVID BENDER**<br>7008 GREEN SPRINGS LN<br><br>ALEXANDRIA, VA  22306 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PAULA OGLESBY**<br>641 FREDERICK BLVD<br><br>AKRON, OH  44320-1625 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SIDNEY WALTON**<br>2409 FOSTER PL<br><br>TEMPLE HILLS, MD  20748 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MCCABE WEISBERG & CONWAY PC (FORMERLY**<br>123 S BROAD ST STE 1400<br><br>PHILADELPHIA, PA  19109 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LAKEVIEW LN SVCNG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMUNITY LOAN SERVICING LLC SVCNG AGN**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL  33146 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:15-2<br><br>CLAIM:  4,621.17<br>COMMENT:  CL15-2GOV*$/CL-PL@LOANCARE/PL*THRU 8/17*AM*FR LAKEVIEW/LOANCARE*DC | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  7958 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  1,046.68<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7580 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM:  92.35<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM:  484.73<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2546 |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ  08057 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SANTANDER/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ  08057 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  AMERICREDIT~GM FNCL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

Case 17-23336-CMB    Doc 148    Filed 03/17/22    Entered 03/17/22 09:15:38    Desc

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA  15212 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  PMT/DOE-PL*BGN 1/19 DIST*DKT | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  6075 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI** <br> PO BOX 183853 <br> ARLINGTON, TX  76096 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: 11-3 <br> CLAIM:  14,275.77 <br> COMMENT:  DEFICIENCY CL*W/3*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9909 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI** <br> PO BOX 183853 <br> ARLINGTON, TX  76096 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM:  0.00 <br> COMMENT:  DUP OF CLAIM 11-2*W/D-DOC 86 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9909 |
| **SANTANDER CONSUMER USA**** <br> PO BOX 560284 <br> DALLAS, TX  75356 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: 1-2 <br> CLAIM:  1,451.35 <br> COMMENT:  DEFICIENCY CL*AMD*W/5 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4209 |

Case 17-23336-CMB    Doc 148    Filed 03/17/22    Entered 03/17/22 09:15:38    Desc
Page 6 of 6