**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jason M. Walton**
**aka Jason Michael Walton**
  Debtor(s)

Bankruptcy Case No.: 17−23336−CMB
Related to Doc. No. 155
Chapter: 13
Docket No.: 156 − 155

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of September, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/14/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/13/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/14/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason M. Walton  
    Debtor

Case No. 17-23336-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 28, 2022      Form ID: 408v      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason M. Walton, 612 Dahlia Dr, Monroeville, PA 15146-1253 |
| sp | #+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |
| 14678719 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt Lebanon Blvd Ste 420, West Mifflin, PA 15122 |
| 14678718 | + | Christina N. Oglesby-Walton, 612 Dahlia Drive, Monroeville, PA 15146-1253 |
| 14678720 | + | David Bender, 7008 Green Springs Lane, Alexandria, VA 22306-1255 |
| 14678721 | | Law Offices of Hayt, Hayt & Landau, LLC, Meridian Center I, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14678729 | | Paula Oglesby, 641 Frederick Blvd, Akron, OH 44320-1625 |
| 14728303 | + | Reliant Capital Solutions, LLC, PO Box 30469, Columbus, OH 43230-0469 |
| 14678731 | + | Sidney Walton, 2409 Foster Place, Temple Hills, MD 20748-3025 |
| 14678734 | + | Temple University, 1801 N Broad St, Philadelphia, PA 19122-6096 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 28 2022 23:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 28 2022 23:19:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14704953 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14745048 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | AmeriCredit Financial Services, Inc., dba Gm Financial, P O Box 183853, Arlington, TX 76096 |
| 14678716 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | AmeriCredit/GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 14713046 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:22:39 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14678717 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:22:24 | Capital One Bank (USA), N.A., PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15441569 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2022 23:19:00 | Community Loan Servicing, LLC, 4425 Ponce De |

Case 17-23336-CMB   Doc 159   Filed 09/30/22   Entered 10/01/22 00:25:34   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: 408v | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14869975 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 28 2022 23:19:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 15511206 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2022 23:19:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14750060 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 28 2022 23:19:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14678722 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 28 2022 23:19:00 | Loancare Inc, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14726501 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:19:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14678723 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:19:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14678724 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:19:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14678725 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:19:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14726218 | | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 23:22:40 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14678727 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 23:22:49 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14678726 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 23:22:49 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14678728 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 23:22:49 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 14694725 | + | Email/Text: bncnotifications@pheaa.org | Sep 28 2022 23:19:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14678914 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 28 2022 23:22:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14718614 | + | Email/Text: ebnpeoples@grblaw.com | Sep 28 2022 23:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14690511 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 28 2022 23:19:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14678730 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 28 2022 23:19:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14747329 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:22:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14678732 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:22:48 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14678733 | + | Email/Text: Bankruptcy@TekCollect.com | Sep 28 2022 23:19:00 | Tek Collect Inc., PO Box 1269, Columbus, OH 43216-1269 |
| 14747017 | ^ | MEBN | Sep 28 2022 23:16:51 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14713573 | | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2022 23:22:50 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Midland Credit Management, Inc. |
| 14749589 | | Duquesne Light Company |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022                  Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Mark G. Moynihan | on behalf of Debtor Jason M. Walton mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Jason M. Walton shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Craig | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 28, 2022 | Form ID: 408v | Total Noticed: 42 |

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11