**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JASON M. WALTON | Case No.:17-23336 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/18/2017 and confirmed on 9/28/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 100,893.48 |
| Less Refunds to Debtor | | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 100,893.48 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 3,700.00 | |
|   Trustee Fee | | 4,516.44 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 8,216.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 75,482.03 | 0.00 | 75,482.03 |
|     Acct: 5520 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 4,621.17 | 4,621.17 | 0.00 | 4,621.17 |
|     Acct: 5520 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 3,610.90 | 3,610.90 | 809.77 | 4,420.67 |
|     Acct: 9909 | | | | |
|   SANTANDER CONSUMER USA** | 2,699.51 | 2,699.51 | 556.89 | 3,256.40 |
|     Acct: 4209 | | | | |
| | | | | 87,780.27 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON M. WALTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 3,203.90 | 0.00 | 3,203.90 |
|     Acct: 6075 | | | | |
| | | | | 3,203.90 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 301.89 | 4.31 | 0.00 | 4.31 |
|     Acct: 0187 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,092.43 | 58.44 | 0.00 | 58.44 |
|     Acct: 0110 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: WF8O | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: RE53 | | | | |
|   MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2115 | | | | |
|   MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5613 | | | | |
|   ECMC(*) | 71,264.47 | 1,017.62 | 0.00 | 1,017.62 |
| Acct: 2546 | | | | |
|   NAVIENT PC TRUST | 11,118.44 | 158.76 | 0.00 | 158.76 |
| Acct: 2546 | | | | |
|   NAVIENT PC TRUST | 5,852.94 | 83.58 | 0.00 | 83.58 |
| Acct: 2546 | | | | |
|   NAVIENT PC TRUST | 5,743.63 | 82.02 | 0.00 | 82.02 |
| Acct: 2546 | | | | |
|   SYNCHRONY BANK | 2,827.21 | 40.37 | 0.00 | 40.37 |
| Acct: 4419 | | | | |
|   TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6478 | | | | |
|   TEMPLE UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4601 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,046.68 | 14.95 | 0.00 | 14.95 |
| Acct: 7580 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 92.35 | 1.32 | 0.00 | 1.32 |
| Acct: 0001 | | | | |
|   UPMC PHYSICIAN SERVICES | 484.73 | 6.92 | 0.00 | 6.92 |
| Acct: 2546 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 14,275.77 | 203.85 | 0.00 | 203.85 |
| Acct: 9909 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9909 | | | | |
|   SANTANDER CONSUMER USA** | 1,451.35 | 20.73 | 0.00 | 20.73 |
| Acct: 4209 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2115 | | | | |
|   CHRISTINA OGLESBY-WALTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DAVID BENDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PAULA OGLESBY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MCCABE WEISBERG & CONWAY PC (FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SIDNEY WALTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,692.87 |

TOTAL PAID TO CREDITORS                                                                92,677.04

```
TOTAL CLAIMED
    PRIORITY            0.00
    SECURED        10,931.58
    UNSECURED     118,551.89
```

Date: 09/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JASON M. WALTON

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-23336

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason M. Walton  
Debtor

Case No. 17-23336-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason M. Walton, 612 Dahlia Dr, Monroeville, PA 15146-1253 |
| sp | #+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |
| 14678719 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt Lebanon Blvd Ste 420, West Mifflin, PA 15122 |
| 14678718 | + | Christina N. Oglesby-Walton, 612 Dahlia Drive, Monroeville, PA 15146-1253 |
| 14678720 | + | David Bender, 7008 Green Springs Lane, Alexandria, VA 22306-1255 |
| 14678721 | | Law Offices of Hayt, Hayt & Landau, LLC, Meridian Center I, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14678729 | | Paula Oglesby, 641 Frederick Blvd, Akron, OH 44320-1625 |
| 14728303 | + | Reliant Capital Solutions, LLC, PO Box 30469, Columbus, OH 43230-0469 |
| 14678731 | + | Sidney Walton, 2409 Foster Place, Temple Hills, MD 20748-3025 |
| 14678734 | + | Temple University, 1801 N Broad St, Philadelphia, PA 19122-6096 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 28 2022 23:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 28 2022 23:19:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14704953 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14745048 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | AmeriCredit Financial Services, Inc., dba Gm Financial, P O Box 183853, Arlington, TX 76096 |
| 14678716 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2022 23:19:00 | AmeriCredit/GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 14713046 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:22:26 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14678717 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 23:22:26 | Capital One Bank (USA), N.A., PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15441569 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2022 23:19:00 | Community Loan Servicing, LLC, 4425 Ponce De |

Case 17-23336-CMB    Doc 160    Filed 09/30/22    Entered 10/01/22 00:25:34    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14869975 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 28 2022 23:19:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 15511206 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 28 2022 23:19:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14750060 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 28 2022 23:19:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14678722 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 28 2022 23:19:00 | Loancare Inc, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14726501 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:19:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14678723 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:19:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14678724 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:19:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14678725 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2022 23:19:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14726218 | | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 23:22:40 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14678727 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 23:22:40 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14678726 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 23:22:49 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14678728 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 23:22:40 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 14694725 | + | Email/Text: bncnotifications@pheaa.org | Sep 28 2022 23:19:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14678914 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 28 2022 23:22:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14718614 | + | Email/Text: ebnpeoples@grblaw.com | Sep 28 2022 23:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14690511 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 28 2022 23:19:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14678730 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 28 2022 23:19:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14747329 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:22:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14678732 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:22:24 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14678733 | + | Email/Text: Bankruptcy@TekCollect.com | Sep 28 2022 23:19:00 | Tek Collect Inc., PO Box 1269, Columbus, OH 43216-1269 |
| 14747017 | ^ | MEBN | Sep 28 2022 23:16:54 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14713573 | | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2022 23:22:43 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 32

Case 17-23336-CMB    Doc 160    Filed 09/30/22    Entered 10/01/22 00:25:34    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 42 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Midland Credit Management, Inc. |
| 14749589 | | Duquesne Light Company |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Mark G. Moynihan | on behalf of Debtor Jason M. Walton mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Jason M. Walton shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Craig | |

District/off: 0315-2     User: auto     Page 4 of 4

Date Rcvd: Sep 28, 2022     Form ID: pdf900     Total Noticed: 42

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11