**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JASON M. WALTON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-23336 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/18/2017 and confirmed on 09/28/2017. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,135.48 |
| Less Refunds to Debtor | 3,242.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,893.48 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 4,516.44 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,216.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 75,482.03 | 0.00 | 75,482.03 |
|     Acct: 5520 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 4,621.17 | 4,621.17 | 0.00 | 4,621.17 |
|     Acct: 5520 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 3,610.90 | 3,610.90 | 809.77 | 4,420.67 |
|     Acct: 9909 | | | | |
|   SANTANDER CONSUMER USA | 2,699.51 | 2,699.51 | 556.89 | 3,256.40 |
|     Acct: 4209 | | | | |
| | | | | 87,780.27 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON M. WALTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON M. WALTON | 3,242.00 | 3,242.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-23336 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 3,203.90 | 0.00 | 3,203.90 |
| Acct: 6075 | | | | |
| | | | | 3,203.90 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 301.89 | 4.31 | 0.00 | 4.31 |
| Acct: 0187 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,092.43 | 58.44 | 0.00 | 58.44 |
| Acct: 0110 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: WF8O | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: RE53 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2115 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5613 | | | | |
| ECMC(*) | 71,264.47 | 1,017.62 | 0.00 | 1,017.62 |
| Acct: 2546 | | | | |
| NAVIENT PC TRUST | 11,118.44 | 158.76 | 0.00 | 158.76 |
| Acct: 2546 | | | | |
| NAVIENT PC TRUST | 5,852.94 | 83.58 | 0.00 | 83.58 |
| Acct: 2546 | | | | |
| NAVIENT PC TRUST | 5,743.63 | 82.02 | 0.00 | 82.02 |
| Acct: 2546 | | | | |
| SYNCHRONY BANK | 2,827.21 | 40.37 | 0.00 | 40.37 |
| Acct: 4419 | | | | |
| TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6478 | | | | |
| TEMPLE UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4601 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,046.68 | 14.95 | 0.00 | 14.95 |
| Acct: 7580 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 92.35 | 1.32 | 0.00 | 1.32 |
| Acct: 0001 | | | | |
| UPMC PHYSICIAN SERVICES | 484.73 | 6.92 | 0.00 | 6.92 |
| Acct: 2546 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 14,275.77 | 203.85 | 0.00 | 203.85 |
| Acct: 9909 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9909 | | | | |
| SANTANDER CONSUMER USA | 1,451.35 | 20.73 | 0.00 | 20.73 |
| Acct: 4209 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2115 | | | | |
| CHRISTINA OGLESBY-WALTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID BENDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAULA OGLESBY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY PC (FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 17-23336 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SIDNEY WALTON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,692.87 |

TOTAL PAID TO CREDITORS                                                                92,677.04

TOTAL CLAIMED
PRIORITY                  0.00
SECURED            10,931.58
UNSECURED       118.551.89

Date: 11/07/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com