| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jason M. Walton<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2546<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–23336–CMB | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Jason M. Walton
> aka Jason Michael Walton

11/15/22                                                                **By the court:** Carlota M. Bohm
                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason M. Walton  
Debtor

Case No. 17-23336-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Nov 15, 2022 | Form ID: 3180W | Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason M. Walton, 612 Dahlia Dr, Monroeville, PA 15146-1253 |
| 14678719 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt Lebanon Blvd Ste 420, West Mifflin, PA 15122 |
| 14678718 | + | Christina N. Oglesby-Walton, 612 Dahlia Drive, Monroeville, PA 15146-1253 |
| 14678720 | + | David Bender, 7008 Green Springs Lane, Alexandria, VA 22306-1255 |
| 14678721 | | Law Offices of Hayt, Hayt & Landau, LLC, Meridian Center I, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14678729 | | Paula Oglesby, 641 Frederick Blvd, Akron, OH 44320-1625 |
| 14728303 | + | Reliant Capital Solutions, LLC, PO Box 30469, Columbus, OH 43230-0469 |
| 14678731 | + | Sidney Walton, 2409 Foster Place, Temple Hills, MD 20748-3025 |
| 14678734 | + | Temple University, 1801 N Broad St, Philadelphia, PA 19122-6096 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 16 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 16 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 23:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Nov 16 2022 04:53:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PHINAMERI.COM | Nov 16 2022 04:53:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2022 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 23:57:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

Case 17-23336-CMB    Doc 167    Filed 11/17/22    Entered 11/18/22 00:28:45    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 3180W | Total Noticed: 43 |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 14704953 | EDI: PHINAMERI.COM | Nov 16 2022 04:53:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14745048 | EDI: PHINAMERI.COM | Nov 16 2022 04:53:00 | AmeriCredit Financial Services, Inc., dba Gm Financial, P O Box 183853, Arlington, TX 76096 |
| 14678716 | + EDI: PHINAMERI.COM | Nov 16 2022 04:53:00 | AmeriCredit/GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 14713046 | EDI: CAPITALONE.COM | Nov 16 2022 04:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14678717 | + EDI: CAPITALONE.COM | Nov 16 2022 04:53:00 | Capital One Bank (USA), N.A., PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15441569 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2022 23:57:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14869975 | Email/Text: ECMCBKNotices@ecmc.org | Nov 15 2022 23:57:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 15511206 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2022 23:57:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14750060 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 15 2022 23:57:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14678722 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 15 2022 23:57:00 | Loancare Inc, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14726501 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14678723 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14678724 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14678725 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14726218 | EDI: NAVIENTFKASMSERV.COM | Nov 16 2022 04:53:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14678727 | + EDI: NAVIENTFKASMSERV.COM | Nov 16 2022 04:53:00 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14678726 | + EDI: NAVIENTFKASMSERV.COM | Nov 16 2022 04:53:00 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14678728 | + EDI: NAVIENTFKASMSERV.COM | Nov 16 2022 04:53:00 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 14694725 | + Email/Text: bncnotifications@pheaa.org | Nov 15 2022 23:57:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14678914 | + EDI: RECOVERYCORP.COM | Nov 16 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14718614 | + Email/Text: ebnpeoples@grblaw.com | Nov 15 2022 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14690511 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 23:57:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14678730 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 23:57:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14747329 | + EDI: RMSC.COM | Nov 16 2022 04:53:00 | Synchrony Bank, c/o PRA Receivables |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 3180W | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14678732 | + | EDI: RMSC.COM | Nov 16 2022 04:53:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14678733 | + | Email/Text: Bankruptcy@TekCollect.com | Nov 15 2022 23:57:00 | Tek Collect Inc., PO Box 1269, Columbus, OH 43216-1269 |
| 14747017 | ^ | MEBN | Nov 15 2022 23:51:48 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14713573 | | EDI: AIS.COM | Nov 16 2022 04:53:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Midland Credit Management, Inc. |
| 14749589 | | Duquesne Light Company |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| sp | ##+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 3180W | Total Noticed: 43 |

Mark G. Moynihan
    on behalf of Debtor Jason M. Walton mark@moynihanlaw.net
    moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Jason M. Walton shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

William E. Craig
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12