IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JASON M. WALTON

        Debtor(s)

  Ronda J. Winnecour
        Movant
  vs.
  No Repondents.

Case No.:17-23336

Chapter 13

Related to: Document No. 155

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __15th__ day of __November__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/15/22 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23336-CMB
Jason M. Walton     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Nov 15, 2022     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jason M. Walton, 612 Dahlia Dr, Monroeville, PA 15146-1253 |
| 14678719 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt Lebanon Blvd Ste 420, West Mifflin, PA 15122 |
| 14678718 | + | Christina N. Oglesby-Walton, 612 Dahlia Drive, Monroeville, PA 15146-1253 |
| 14678720 | + | David Bender, 7008 Green Springs Lane, Alexandria, VA 22306-1255 |
| 14678721 | | Law Offices of Hayt, Hayt & Landau, LLC, Meridian Center I, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14678729 | | Paula Oglesby, 641 Frederick Blvd, Akron, OH 44320-1625 |
| 14728303 | + | Reliant Capital Solutions, LLC, PO Box 30469, Columbus, OH 43230-0469 |
| 14678731 | + | Sidney Walton, 2409 Foster Place, Temple Hills, MD 20748-3025 |
| 14678734 | + | Temple University, 1801 N Broad St, Philadelphia, PA 19122-6096 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2022 23:57:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2022 23:57:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2022 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 23:57:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14704953 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2022 23:57:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14745048 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2022 23:57:00 | AmeriCredit Financial Services, Inc., dba Gm Financial, P O Box 183853, Arlington, TX 76096 |
| 14678716 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2022 23:57:00 | AmeriCredit/GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 14713046 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2022 23:59:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14678717 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2022 23:59:35 | Capital One Bank (USA), N.A., PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15441569 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2022 23:57:00 | Community Loan Servicing, LLC, 4425 Ponce De |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14869975 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 15 2022 23:57:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 15511206 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2022 23:57:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14750060 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 15 2022 23:57:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14678722 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 15 2022 23:57:00 | Loancare Inc, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14726501 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14678723 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | Midland Credit Management, Inc., 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108-5750 |
| 14678724 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | Midland Funding, LLC, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14678725 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14726218 | | Email/PDF: pa_dc_claims@navient.com | Nov 16 2022 00:00:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14678727 | + | Email/PDF: pa_dc_claims@navient.com | Nov 15 2022 23:59:36 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14678726 | + | Email/PDF: pa_dc_claims@navient.com | Nov 16 2022 00:00:00 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14678728 | + | Email/PDF: pa_dc_claims@navient.com | Nov 16 2022 00:00:01 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 14694725 | + | Email/Text: bncnotifications@pheaa.org | Nov 15 2022 23:57:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14678914 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2022 23:59:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14718614 | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2022 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14690511 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 23:57:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14678730 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 23:57:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14747329 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 23:59:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14678732 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 23:59:59 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14678733 | + | Email/Text: Bankruptcy@TekCollect.com | Nov 15 2022 23:57:00 | Tek Collect Inc., PO Box 1269, Columbus, OH 43216-1269 |
| 14747017 | | ^ MEBN | Nov 15 2022 23:51:51 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14713573 | | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2022 23:59:37 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 32

Case 17-23336-CMB    Doc 168    Filed 11/17/22    Entered 11/18/22 00:28:45    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Community Loan Servicing, LLC |
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Midland Credit Management, Inc. |
| 14749589 | | Duquesne Light Company |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| sp | ##+ | Moynihan Law, P.C., 2 Chatham Center, Suite 230, Pittsburgh, PA 15219-3467 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Mark G. Moynihan | on behalf of Debtor Jason M. Walton mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Jason M. Walton shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| William E. Craig | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 41

                    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig

                    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12