**Fill in this information to identify the case:**

Debtor 1: Jason M. Walton aka Jason Michael Walton

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of PA
(State)

Case number: 17-23336-CMB

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no.** (if known): 15-3

**Last 4 digits** of any number you use to identify the debtor's account: 1341

**Date of payment change:**
Must be at least 21 days after date of this notice: 11 / 01 / 2021

**New total payment:** $ 1217.54
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 482.41*     **New escrow payment:** $ 496.16

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

| Debtor 1 | Jason M. Walton aka Jason Michael Walton | | Case number (if known) | 17-23336-CMB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Lauren M. Moyer   Date 09/28/2021
Signature

Print: Lauren M. Moyer   Title: Attorney for creditor
First Name   Middle Name   Last Name

Company: McCabe, Weisberg & Conway, LLC

Address: 123 S. Broad Street, Suite 1400
Number   Street

Philadelphia, PA 19109
City   State   ZIP Code

Contact phone ( 215 ) 790 – 1010   Email: ecfmail@mwc-law.com

The "current escrow" referenced on the attached exhibit corresponds to the last payment which was made contractually. The "current escrow" referenced on the instant Notice of Mortgage Payment Change corresponds to the escrow amount required at the time of the most recent payment change.