

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

**Lakeview**
Subserviced by LoanCare

P.O. Box 8068 | Virginia Beach, VA 23450

JASON WALTON
C/O MARK G. MOYNIHAN ATTY
PAULA OGLESBY
112 WASHINGTON PL # 230
PITTSBURGH PA 15219-3458

**Statement Date:** 09/09/2021

## Annual Escrow Account Disclosure Statement

| | |
|---|---:|
| Loan Number: | |
| Review Period: | 09/2021 to 10/2021 |
| **Escrow Shortage:** | **$-181.53** |

### Current Mortgage Payment

| | |
|---|---:|
| **Principal and/or Interest:** | $721.38 |
| **Escrow** (Taxes and/or Insurance): | $474.58 |
| Prorated Overage: | $-5.59 |
| **Total Monthly Payment:** | **$1,190.37** |

### New Mortgage Payment

| | |
|---|---:|
| Principal and/or Interest: | $721.38 |
| Escrow (Taxes and/or Insurance): | $481.03 |
| Prorated Shortage: | $15.13 |
| **Total New Monthly Payment** | **$1,217.54** |
| **Effective Due Date:** | **11/01/2021** |

### Contact Us

**Customer Service/Pay-by-Phone**
1.800.509.0183*
*Calls are randomly monitored and recorded to ensure quality service.

**Hours**
Monday - Friday: 8 a.m. to 10 p.m. EST
Saturday: 8 a.m. to 3 p.m. EST
**Website:**
www.LakeviewLoanServicing.MyLoanCare.com

**Autodraft Customers:** If your mortgage payment amount has changed, we'll adjust your payment for you.

**Online Bill Payment Customers:** If your mortgage payment amount has changed, you will need to contact your financial services provider to adjust your payment.

### Account History

The following statement of activity in your escrow account from 09/2021 through 10/2021 displays actual activity as it occurred in your escrow account during that period. If your loan was transferred by another mortgage servicer, the prior projection information may not be included below.

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---:|---:|---:|---:|
| | Starting Balance | | | $678.26 | $-2,307.08 |
| September | Deposit | $474.58 | $3,296.35*E | $1,152.84 | $989.27 |
| September | MIP/PMI Disbursement | $135.41 | *E | $1,017.43 | $989.27 |
| September | MIP/PMI Disbursement | | $135.41*E | $1,017.43 | $853.86 |
| October | Deposit | $474.58 | $482.41*E | $1,492.01 | $1,336.27 |
| October | MIP/PMI Disbursement | $135.41 | $135.41 E | $1,356.60 | $1,200.86 |
| | Total Deposits | $949.16 | $3,778.76 | | |
| | Total Disbursements | $270.82 | $270.82 | | |
| | **Account Balance as of 10/31/2021** | | | | **$1,200.86** |

*An asterisk (\*) appearing next to the amount indicates a difference from projected activity either in the amount or the date. The letter "E" next to an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur on the date shown.*

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $5,694.88. Your lowest monthly escrow balance should not have exceeded $678.34, which is either 1/6 (also equal to no more than two months) of the total projected payments from the account as required by federal law or the reasonable amount required by state law or the amount required by your mortgage contract. Your actual lowest monthly balance was $853.86. The items with an asterisk on your Account History may explain this. For further explanation, call our toll-free number shown under the Contact Us section on this statement.

*See reverse side for additional important information.*

JASON WALTON
C/O MARK G. MOYNIHAN ATTY
PAULA OGLESBY
112 WASHINGTON PL # 230
PITTSBURGH PA 15219-3458

| Shortage Amount | New Monthly Payment Effective 11/01/2021 |
|---|---|
| $-181.53 | $1,217.54 |

Your shortage is $-181.53 and will be spread over a 12-month period.

## Total Anticipated Annual Disbursement

We anticipate paying the escrow items listed below on your behalf in the upcoming 12-month period. The dollar amount shown may be the last amount paid for that item, or we may project the amount due as defined by federal law.

### Tax

| Item | Annual Expense | Anticipated Date(s) of Payment |
|---|---|---|
| County Tax Disbursement | $504.33 | March 2022 |
| City Tax Disbursement | $426.50 | April 2022 |
| School Tax Disbursement | $2,227.52 | August 2022 |

### Insurance

| Item | Annual Expense | Anticipated Date(s) of Payment |
|---|---|---|
| MIP/PMI Disbursement | $135.41 | November 2021 |
| MIP/PMI Disbursement | $135.41 | December 2021 |
| MIP/PMI Disbursement | $135.41 | January 2022 |
| MIP/PMI Disbursement | $135.41 | February 2022 |
| MIP/PMI Disbursement | $135.41 | March 2022 |
| MIP/PMI Disbursement | $135.41 | April 2022 |
| MIP/PMI Disbursement | $135.41 | May 2022 |
| MIP/PMI Disbursement | $135.41 | June 2022 |
| MIP/PMI Disbursement | $135.41 | July 2022 |
| Hazard Insurance Disbursement | $989.00 | July 2022 |
| MIP/PMI Disbursement | $135.41 | August 2022 |
| MIP/PMI Disbursement | $135.41 | September 2022 |
| MIP/PMI Disbursement | $135.41 | October 2022 |

**Total Anticipated Annual Disbursement = $5,772.27**

## Account Projections

The following information covers your projected escrow account activity from 11/2021 to 10/2022. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law, or your mortgage documents, and may include a cushion of up to one-sixth of your annual disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow analysis cycle.

| Month | Projected Payments | Disbursements Projected | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | *Beginning Balance* | **$1,200.86** | **$1,382.39** |
| November | $481.03 | $135.41 | MIP/PMI Disbursement | $1,546.48 | $1,728.01 |
| December | $481.03 | $135.41 | MIP/PMI Disbursement | $1,892.10 | $2,073.63 |
| January | $481.03 | $135.41 | MIP/PMI Disbursement | $2,237.72 | $2,419.25 |
| February | $481.03 | $135.41 | MIP/PMI Disbursement | $2,583.34 | $2,764.87 |
| March | $481.03 | $135.41 | MIP/PMI Disbursement | $2,928.96 | $3,110.49 |
| March | | $504.33 | County Tax Disbursement | $2,424.63 | $2,606.16 |
| April | $481.03 | $135.41 | MIP/PMI Disbursement | $2,770.25 | $2,951.78 |
| April | | $426.50 | City Tax Disbursement | $2,343.75 | $2,525.28 |
| May | $481.03 | $135.41 | MIP/PMI Disbursement | $2,689.37 | $2,870.90 |
| June | $481.03 | $135.41 | MIP/PMI Disbursement | $3,034.99 | $3,216.52 |
| July | $481.03 | $135.41 | MIP/PMI Disbursement | $3,380.61 | $3,562.14 |
| July | | $989.00 | Hazard Insurance Disbursement | $2,391.61 | $2,573.14 |
| August | $481.03 | $135.41 | MIP/PMI Disbursement | $2,737.23 | $2,918.76 |
| August | | $2,227.52 | Other Tax Disbursement | $509.71 | $691.24 |
| September | $481.03 | $135.41 | MIP/PMI Disbursement | $855.33 | $1,036.86 |
| October | $481.03 | $135.41 | MIP/PMI Disbursement | $1,200.95 | $1,382.48 |

Your Projected Escrow Account Balance as of 10/31/21 is $1,200.86. Your Required Beginning Escrow Balance according to this analysis should be $1,382.39. This means you have a shortage of $-181.53. Per federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. **We will collect the shortage over 12 months.** Once during this period, your Required Escrow Account Balance should be reduced to $691.24, as shown in August. This amount represents the cushion selected as allowed by your mortgage contract, federal and state law.

## Balance Your Escrow Account

Each year your account is reviewed to make sure there is enough money to pay your property taxes and/or insurance. Federal law allows us to require a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months. The payments made to and from your escrow account last year help predict your account activity for next year. Last year's activity also helps predict what your lowest account balance is likely to be. To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to deposit additional funds or if we will provide a refund.

| | |
|---|---|
| $691.24 | Your minimum required balance |
| $509.71 | Your projected lowest account balance for August |
| $-181.53 | Your escrow account surplus/shortage |



**Subserviced by LoanCare**

## Understanding Your Escrow Changes

Over the past few years, we've worked to simplify our escrow statement. Now, understanding your escrow information is even easier. In this letter, we're breaking down your statement even further to explain the changes in your escrow account information.

 Read ahead to see your escrow payment breakdown and your projected disbursements

 Get answers to some of our most frequently asked questions about escrow accounts

 See how to view your escrow information online

### Your Payment Information

Your current total monthly mortgage payment is $1,190.37. Your total amount due will change by $27.17. Your new total monthly payment will be $1,217.54, effective 11/01/2021.

### Your Escrow Shortage

Your projected escrow account balance as of 10/31/21 is $1,200.86. Your required beginning escrow balance according to this analysis should be $1,382.39. This means you have a shortage of $181.53.

 A surplus or shortage in your escrow account commonly occurs when:

> The projected amount at closing increases or decreases
> Your property taxes increase or decrease
> Your homeowners insurance increases or decreases
> You change your homeowners insurance company
> We pay delinquent taxes on your behalf

If you have questions about an increase in your property taxes or insurance premiums, please contact your local taxing authority or insurance agent.

Your shortage of $181.53 will be divided into 12 installments of $15.13 and added to your monthly payment. Your new monthly payment will be $1,217.54, effective 11/01/2021.

If you choose to pay your shortage in full, please detach the stub at the bottom of your analysis statement, enclose it with your check and mail them to:

PO BOX 37628
PHILADELPHIA, PA  19101-0628

Please write your loan number on the Memo line of the check.

Once we receive your payment and apply it to your loan, your payment will be adjusted.

### FREQUENTLY ASKED QUESTIONS

**I thought I had a fixed rate. Why did my payment change?**

Your mortgage payment is made up of two parts: your loan payment (principal and interest) and your escrow payment (taxes and insurance). Your loan payment does not increase or decrease unless you have an adjustable rate mortgage (ARM). The portion of your monthly mortgage payment that goes toward escrows (taxes, homeowners and/or mortgage insurance) will change based on your projected amounts due to be paid.



Your Mortgage Payment

* Your escrow payment may consist of the items in the three categories shown in gray.

Please note: this chart is provided for demonstration purposes only and is not intended to represent the specific amount you have in each category.

**Why is there extra money in my escrow account?**

Your escrow account makes sure you have money set aside to pay the necessary taxes and insurance.

A certain amount of the funds in your escrow account are designated to help keep your account from going negative. We call that an escrow cushion.

Think of your cushion as overdraft protection for your escrow account. Your cushion is designed to help offset any small changes in your tax and/or insurance bills. This helps lessen the burden of an escrow shortage when your escrow analysis is completed. Cushions typically cannot be waived or removed.



Even if you choose to pay your shortage in full, the amount of your payment may still change. Your escrow collections over the next 12 months may be increased to ensure enough funds are collected to pay your future taxes and insurance.

Please review the Account Projections section of your Annual Escrow Account Disclosure Statement to confirm the disbursement amounts of the escrowed items. If you find errors in this information, please confirm the disbursement amounts with your local taxing authority or insurance carrier and contact us to report any discrepancies.

### Check Your Information Online

Visit www.LakeviewLoanServicing.MyLoanCare.com to:

> View your current escrow account balance
> View your payment information
> View your estimated tax disbursement amounts
> View your insurance premiums
> Enroll for email notifications when escrow disbursements are made

### If You Need Assistance



Our representatives are ready to assist you should you need further information or have additional questions or concerns. Call 1.800.509.0183 Monday-Friday, 8:00 A.M.-10:00 P.M. Eastern Time, and Saturday, 8:00 A.M.-3:00 P.M. Eastern Time.

Sincerely,

Escrow Department
Lakeview Loan Servicing, LLC
NMLS ID 2916

*This summary is not a substitute for the Annual Escrow Account Disclosure Statement and it is important that you still review the enclosed Annual Escrow Account Disclosure Statement in its entirety.*

**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

### How can I lower my escrow?

You may seek additional insurance quotes while maintaining the required coverage. You may contact your taxing authorities and ensure that you have taken advantage of all applicable exemptions. If you are able to reduce the cost of your insurance and/or are approved for an exemption, please make sure to provide us updated information.

### Can I prepay my escrow so that my payments don't change?

No. You are required to pay $1/12^{th}$ of each escrowed item monthly with your principal and interest payment.

Customer Service: 1.800.509.0183   Collections: 1.800.509.0183
www.LakeviewLoanServicing.MyLoanCare.com
Monday – Friday: 8 A.M. – 10 P.M. ET Saturday 8 A.M. – 3 P.M. ET
P.O. Box 8068 | Virginia Beach, VA 23450

Escrow Page 4