# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jason M. Walton aka Jason Michael Walton<br>　　　　　Debtor<br><br>Lakeview Loan Servicing, LLC, or its Successor or Assignee<br>　　　　　Movant<br><br>　　　　　vs.<br><br>Ronda J. Winnecour<br>Jason M. Walton aka Jason Michael Walton<br>　　　　　Respondent | Chapter 13<br><br>Bankruptcy No. 17-23336-CMB<br><br>Related to Document Nos. |

## CERTIFICATION OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

　　　　I, Lauren M. Moyer, attorney for Lakeview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: September 28, 2021

| | | |
|---|---|---|
| Jason M. Walton aka Jason Michael Walton<br>612 Dahlia Dr<br>Monroeville, Pennsylvania 15146 | Mark G. Moynihan<br>Moynihan Law, P.C.<br>2 Chatham Ctr Ste 230<br>Pittsburgh, Pennsylvania 15219<br>Attorney for Debtor | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, Pennsylvania 15219<br>Trustee |
| | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Ste 970<br>Pittsburgh, Pennsylvania 15222 | |

　　　　　　　　　　　　　　　　　　/s/ Lauren M. Moyer
　　　　　　　　　　　　　　　　　　MARGARET GAIRO, ESQUIRE ID # 34419
　　　　　　　　　　　　　　　　　　MARISA MYERS COHEN, ESQUIRE ID #87830
　　　　　　　　　　　　　　　　　　LAUREN M. MOYER, ESQUIRE ID # 320589
　　　　　　　　　　　　　　　　　　JAMES FRENCH, ESQUIRE ID # 319597
　　　　　　　　　　　　　　　　　　JOSPEH I. FOLEY, ESQUIRE ID # 314675
　　　　　　　　　　　　　　　　　　CHELSEA NIXON, ESQUIRE ID # 324130
　　　　　　　　　　　　　　　　　　Attorney for Lakeview Loan Servicing, LLC
　　　　　　　　　　　　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19109

Telephone: (215) 790-1010  
Facsimile: (215) 790-1274  
Email: ecfmail@mwc-law.com