**Fill in this information to identify the case:**

Debtor 1   Jason M. Walton aka Jason Michael Walton

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   17-23336 CMB

Official Form 410S1

# Notice of Mortgage Payment Change                            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC           **Court claim no.** (if known): 15-3

**Last 4 digits** of any number you use to identify the debtor's account: 5520

**Date of payment change:**
Must be at least 21 days after date of this notice           12/01/2022

**New total payment:** $1237.42
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $496.16           New escrow payment: $ 516.04*

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%           New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____           **New mortgage payment:** $_____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor(s)   <u>Jason M. Walton</u>        Case number (*if known*) <u>17-23336 CMB</u>
First Name    Middle Name         Last Name

**Part 4:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Denise Carlon                                Date November 08, 2022
Signature

Print:     <u>Denise Carlon</u>                                Title  <u>Attorney for Creditor</u>
           First Name    Middle Name    Last Name

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>         <u>Market Street, Suite 5000</u>
           Number          Street
           <u>Philadelphia,</u>                          <u>PA</u>    <u>19106</u>
           City                                         State    ZIP Code

Contact phone  (215) 627–1322             Email  <u>dcarlon@kmllawgroup.com</u>

A delay occurred in performing the Debtor's escrow analysis and an escrow shortage was identified. Due to the untimely performance of the escrow analysis, the escrow shortage has been designated as non-recoverable from the Debtor and will show as a credit on the Debtor's escrow account.