

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**10/21/2022**

**OUR INFO**
ONLINE
**www.rightpathservicing.com**

**YOUR INFO**
CASE NUMBER

LOAN NUMBER

JASON WALTON
612 DAHLIA DR
MONROEVILLE,PA 15146

PROPERTY ADDRESS
**612 DAHLIA DRIVE
MONROEVILLE,PA 15146**

Dear JASON WALTON,

An escrow analysis was performed on the above referenced account.

Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, please call our Bankruptcy Department at 833-685-2590. Our hours of operation are Monday through Friday from 7 a.m. to 8 p.m. (CT). Visit us on the web at www.rightpathservicing.com for more information.

Sincerely,

RightPath Servicing

Enclosure

RightPath Servicing[SM] and Mr. Cooper® are brand names for Nationstar Mortgage LLC.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



DOL



**Escrow Account Disclosure Statement**

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**Customer Service:** 833-685-2589
Monday through Friday from 7 a.m. to 8 p.m. (CT)

**Tax/Insurance:** 800-304-5954
Monday through Friday from 7 a.m. to 8 p.m. (CT)

Your Loan Number:
Statement Date: 10/21/2022

JASON WALTON
612 DAHLIA DR
MONROEVILLE, PA 15146

| | |
|---|---|
| **Why am I receiving this?** | RightPath Servicing completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. RightPath maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid negative balance in the event of changing tax and insurance amounts. |
| **What does this mean for me?** | At this time, your Escrow Account has less money than needed and there is a shortage of $1,075.28. Due to this shortage and changes in your taxes and insurance premiums, **your monthly escrow payment will increase by $19.88.** Effective 12/01/2022, **your new total monthly payment** will be $1,327.03. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $721.38 | $0.00 | $721.38 |
| ESCROW | $496.16 | $19.88 | $516.04 |
| SHORTAGE SPREAD | $0.00 | $89.61 | $89.61 |
| **Total Payment** | **$1,217.54** | **$109.49** | **$1,327.03** |

*See below for shortage calculation*

**What is a Shortage?** A shortage is the difference between the **lowest projected balance** of your account for the coming year and your **minimum required balance.** To prevent a negative balance, the total annual shortage is divided by 12 months and added to your monthly escrow payment, as shown below.

| Minimum Required Balance | Lowest Projected Balance |
|---|---|
| $775.78 | ($299.50) |

$1,075.28 / 12 = $89.61

*Please see the Coming Year Projections table on the back for more details*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| COUNTY TAX | $0.00 | $504.33 | $504.33 |
| SCHOOL TAX | $2,318.85 | $0.00 | $2,318.85 |
| BOROUGH TAX | $0.00 | $426.50 | $426.50 |
| FHAMIP INS | $787.45 | $750.35 | $1,537.80 |
| HAZARD SFR | $0.00 | $1,405.00 | $1,405.00 |
| **Annual Total** | **$3,106.30** | **$3,086.18** | **$6,192.48** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.rightpathservicing.com.*

RightPath Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



**This Area Intentionally Left Blank**

This statement is for informational purposes only.

SHRT

The change in your escrow payment** may be based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received were less than or greater than expected
- Monthly payment(s) received earlier or later than expected
- Previous overage returned to escrow
- Previous deficiency/shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Paid earlier or later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Paid earlier or later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid

### Prior Year Account History and Coming Year Projections

**This is a statement of the actual activity in your escrow account from 06/22 through 11/22. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

**Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year.** Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $775.78 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of ($299.50) will be reached in August 2023. When subtracted from your minimum required balance of $775.78, an Escrow Shortage results in the amount of $1,075.28. **These amounts are indicated with an arrow (<).**

*This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.*

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Start | $0.00 | $0.00 |
| 06/22 | $0.00 | $471.40 | $0.00 | $263.72* | * | Esc pay adj/FHAMIP INS | $0.00 | $207.68 |
| 07/22 | $0.00 | $496.16 | $0.00 | $131.86* | * | FHAMIP INS | $0.00 | $571.98 |
| 08/22 | $0.00 | $992.32 | $0.00 | $131.86* | * | FHAMIP INS | $0.00 | $1,432.44 |
| 08/22 | $0.00 | $0.00 | $0.00 | $2,318.85* | * | SCHOOL TAX | $0.00 | ($886.41) |
| 09/22 | $0.00 | $0.00 | $0.00 | $131.86* | * | FHAMIP INS | $0.00 | ($1,018.27) |
| 10/22 | $0.00 | $1,984.64 | $0.00 | $470.21* | * | Esc pay adj | $0.00 | $496.16 |
| 11/22 | $0.00 | $496.16 | $0.00 | $128.15E | E | FHAMIP INS | $0.00 | $864.17 |
| Total | $0.00 | $4,440.68 | $0.00 | $3,576.51 | | Total | $0.00 | $864.17 |

| Month | Projected Payment | | Projected Disbursement | | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Start | $864.17 | $1,939.45 |
| 12/22 | $516.04 | | $128.15 | | | FHAMIP INS | $1,252.06 | $2,327.34 |
| 01/23 | $516.04 | | $128.15 | | | FHAMIP INS | $1,639.95 | $2,715.23 |
| 02/23 | $516.04 | | $504.33 | | | COUNTY TAX | $1,651.66 | $2,726.94 |
| 02/23 | $0.00 | | $128.15 | | | FHAMIP INS | $1,523.51 | $2,598.79 |
| 02/23 | $0.00 | | $1,405.00 | | | HAZARD SFR | $118.51 | $1,193.79 |
| 03/23 | $516.04 | | $128.15 | | | FHAMIP INS | $506.40 | $1,581.68 |
| 04/23 | $516.04 | | $426.50 | | | BOROUGH TAX | $595.94 | $1,671.22 |
| 04/23 | $0.00 | | $128.15 | | | FHAMIP INS | $467.79 | $1,543.07 |
| 05/23 | $516.04 | | $128.15 | | | FHAMIP INS | $855.68 | $1,930.96 |
| 06/23 | $516.04 | | $128.15 | | | FHAMIP INS | $1,243.57 | $2,318.85 |
| 07/23 | $516.04 | | $128.15 | | | FHAMIP INS | $1,631.46 | $2,706.74 |
| 08/23 | $516.04 | | $128.15 | | | FHAMIP INS | $2,019.35 | $3,094.63 |
| 08/23 | $0.00 | | $2,318.85 | | | SCHOOL TAX | ($299.50) | $775.78< |
| 09/23 | $516.04 | | $128.15 | | | FHAMIP INS | $88.39 | $1,163.67 |
| 10/23 | $516.04 | | $128.15 | | | FHAMIP INS | $476.28 | $1,551.56 |
| 11/23 | $516.04 | | $128.15 | | | FHAMIP INS | $864.17 | $1,939.45 |
| Total | $6,192.48 | | $6,192.48 | | | Total | $864.17 | $1,939.45 |

**Bankruptcy Adjustment**- The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call our **Bankruptcy Department at 1-877-343-5602**. Our hours of operation are Monday through Friday from 7 a.m. to 8 p.m. (CT). Visit us on the web at www.rightpathservicing.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.