# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jason M. Walton aka Jason Michael Walton** | **BK NO. 17-23336 CMB** |
|         **Debtor(s)** | **Chapter 13** |
| | |
| **Lakeview Loan Servicing, LLC** | **Related to Claim No. 15-3** |
|         **Movant** | |
|     **vs.** | |
| | |
| **Jason M. Walton aka Jason Michael Walton** | |
|         **Debtor(s)** | |
| | |
| **Ronda J. Winnecour**, | |
|         **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Jason M. Walton aka Jason Michael Walton
612 Dahlia Drive
Monroeville, PA 15146-0000

<u>Attorney for Debtor(s)</u>
Mark G. Moynihan, Moynihan Law, P.C.
2 Chatham Ctr Ste 230
Pittsburgh, PA 15219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>November 9, 2022</u>

**/s/Denise Carlon Esquire**
Denise Carlon Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com